# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SAM KIM,<br><br>    Plaintiff,<br><br>vs.<br><br>FIVE GUYS OPERATIONS, LLC D/B/A FIVE GUYS BURGER & FRIES #1326; COLDWATER CENTER LLC; and DOES 1 through 10, ,<br><br>    Defendants. | CASE NO. 2:19-cv-03003-JAK-PLA<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE (DKT. 34)**<br><br>JS-6 |

Pursuant to the parties' Joint Stipulation for Dismissal of The Entire Action With Prejudice (the "Stipulation"), the Court finds good cause to GRANT the Stipulation. Accordingly, this action be dismissed in its entirety with prejudice. Each party shall bear his or its own attorneys' fees and costs.

DATED: January 21, 2020

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE